Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
21, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed August 21, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00885-CV

____________

 

IN RE ANTONIA F. POLOS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 18, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex.  R. 
App.  P.  52.  Relator also filed
a motion for emergency relief.

We deny relator=s motion for emergency relief and petition
for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed August 21, 2003.

Panel consists of
Justices Yates, Hudson, and Fowler.